UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

In re:                                                                    Case No. 1-24-41125-ESS

   Fraleg Jefferson Corp.                                        Chapter 11
   dba Fraleg Quincy Corp
   dba 931 Lincoln Place Corp

                                             **Certificate of Service**

                Debtor

_____X

       I, Sherri J. Smith, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully certify that I am not a party to this action and am over 18 years of age.

On March 20, 2024, I electronically filed the foregoing Notice of Motion for Relief and the Certification to the Bankruptcy Court using the CM/ECF system which electronically served the following:

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

I hereby certify that also on this date I have mailed by the United States Postal Service the foregoing Notice of Motion for Relief and the Certification to the following non CM/ECF participants:

Debtor
Fraleg Jefferson Corp
45 Main Street
Suite 518
Brooklyn, NY 11236

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2024
       Uniondale, New York

                                                         /s/Sherri J. Smith
                                                         SHERRI J. SMITH, ESQ.