# EXHIBIT "C"

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 3

**Document ID:** 2023110700784001  **Document Date:** 10-05-2023  **Preparation Date:** 11-07-2023
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| AMERICAN MORTGAGE INVESTMENT PARTNERS MANAGEMENT,<br>3020 OLD RANCH PARKWAY SUITE 180<br>SEAL BEACH, CA 90740<br>AFUENTES@AMERICANMORTGAGEIP.COM | AMIP MANAGEMENT<br>3020 OLD RANCH PARKWAY #180<br>SEAL BEACH, CA 90740<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1995 | 34 | Entire Lot | 15 JEFFERSON AVENUE |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2020000003494

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| IRP FUND II TRUST 2A<br>2001 M ST NW #300<br>WASHINGTON, DC 20036 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TR<br>3020 OLD RANCH PARKWAY #180<br>SEAL BEACH, CA 90740 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 42.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    11-13-2023 15:13
City Register File No.(CRFN): 2023000293710

*City Register Official Signature*

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** |  |

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**     PAGE 2 OF 3

**Document ID:** 2023110700784001     Document Date: 10-05-2023     Preparation Date: 11-07-2023
Document Type: ASSIGNMENT, MORTGAGE

**PARTIES**
**ASSIGNEE/NEW LENDER:**
RESIDENTIAL CREDIT OPPORTUNITIES TRUST
VIII-B
3020 OLD RANCH PARKWAY #180
SEAL BEACH, CA 90740

**Record and Return To:**
Require Real Estate Solutions, LLC
P.O. Box 860, Palm Harbor, FL 34682

**Recording Requested By:**
Require Real Estate Solutions, LLC

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **IRP FUND II TRUST 2A, 2001 M Street NW, Suite 300, Washington, DC 20036**, by these presents does convey, assign, transfer and set over to:
**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST VIII-B, 3020 Old Ranch Parkway, Suite 180  Seal Beach, CA 90740,**
the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon.
Original Mortgagor: **FRALEG JEFFERSON CORP., a NY Corporation**
Original Mortgagee: **TAM LENDING CENTER, INC., a NJ Corporation**
Dated: **12/10/2019** Recorded: **01/06/2020** as CRFN: **2020000003494** in **Kings** County, NY Loan Amount: **$1,800,900.00**
Block: **1995** Lot: **34**

Property Address: **15 Jefferson Avenue, Brooklyn, NY  11238**

**Assignment of Mortgage** Recorded: **12/09/2020** Assignor: **TAM LENDING CENTER, INC., a NJ Corporation** Assignee: **IRP FUND II TRUST 2A**

**This mortgage has not been further assigned**

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

Date: 10/5/2023

**Verus Residential Loanco, LLC, as attorney-in-fact for IRP Fund II Trust 2A**

By: _____
Name: **Erin Baker**
Title: **Collateral Management Officer**

STATE OF **Minnesota**    } s.s.
COUNTY OF **Hennepin**

On 10/5/2023, before me, the undersigned, personally appeared **Erin Baker, Collateral Management Officer**, of Verus Residential Loanco, LLC, as attorney-in-fact for IRP Fund II Trust 2A, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Witness my hand and official seal.

_____
Notary Public: **Carol A. VonBank**
My Commission Expires: **01/31/2025**
Commission #: **31040718**

CAROL A. VONBANK
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |
|---|---|

### RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 6

**Document ID:** 2020120801222001  **Document Date:** 12-10-2019  **Preparation Date:** 12-08-2020
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 5

| PRESENTER: | RETURN TO: |
|---|---|
| ORION FINANCIAL GROUP, INC.<br>67 WEST 13490 SOUTH<br>SUITE 300<br>DRAPER, UT 84020<br>SUPPORT@SIMPLIFILE.COM | ORION FINANCIAL GROUP, INC<br>2860 EXCHANGE BLVD. SUITE 100<br>SOUTHLAKE, TX 76092<br>SUPPORT@SIMPLIFILE.COM |

#### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1995 | 34 | Entire Lot | 15 JEFFERSON AVENUE |

**Property Type:** DWELLING ONLY - 3 FAMILY

#### CROSS REFERENCE DATA

**CRFN:** 2020000003494

#### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| TAM LENDING CENTER, INC<br>1814 ROUTE 70, STE 200<br>CHERRY HILL, NJ 08003 | IRP FUND II TRUST 2A<br>1155 F ST. NW SUITE 1075<br>WASHINGTON, DC 20004 |

#### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 62.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    12-09-2020 16:18
City Register File No.(CRFN):
2020000350676

*City Register Official Signature*

# ASSIGNMENT OF MORTGAGE

This Assignment of Mortgage (the "Assignment") is made and effective December 10, 2019,

Block 1995 Lot 34

BETWEEN: TAM LENDING CENTER Inc (the "Assignor"), a corporation organized and existing under the laws of the state of NEW JERSEY with its head office located at:

1814 Route 70 East, Ste 200 Cherry Hill, NJ 08003

AND: IPP Fund II Trust 2A (the "Assignee"), a corporation organized and existing under the laws of DC with its head office located at:

1155 F ST. NW SUITE 1075
WASHINGTON, DC 20004

TERMS

The Assignor hereby grants, assigns and transfers to Assignee that certain mortgage executed by **Andy Alege, President of Fraleg Jefferson Corp, a NY Corporation, dated December 10, 2019** described in **Schedule A** (the "Mortgages"). Annexed hereto and incorporated herein by this reference, covering the premises commonly known as **15 Jefferson Avenue, Brooklyn, NY 11238** designated on the official tax map of the **State of New York, Block 1995, Lot 34** and more particularly described on **Exhibit B / Legal Description** attached hereto and made a part here of (the "Premises"). Loan Amount $1,800,900.00

No Assignments of Record.

Recorded 1/6/20 State of NY in CRFN 2020000003494 , together with the note described therein and the money to become due thereon with the interest provided therein.

IN WITNESS WHEREOF, the Assignor has executed this Assignment on the day and year first above written.

ASSIGNOR                                    ASSIGNEE

*Philip T. Valianti*                        _____
Authorized Signature                        Authorized Signature

Philip T Valianti, Senior Vice President of Lending        Print Name and Title

Return to:
Orion Financial Group, Inc.
2860 Exchange Blvd. #100
Southlake, TX 76092

Assignment of Mortgage                                    Page 1 of 4

# ACKNOWLEDGMENT

State of NEW JERSEY

County of CAMDEN

On _____December 10, 2019_____ before me, ARLENE SOTO, notary, personally appeared PHILIP T. VALIANTI, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal

Signature_____
                Notary

ARLENE SOTO
NOTARY PUBLIC OF NEW JERSEY
ID # 50030586
My Commission Expires 1/20/2021

(Seal)

"This Assignment is not subject to the requirements of Section 275 of the Real Property law because it is an assignment within the secondary mortgage market."

# EXHIBIT B
## "LEGAL DESCRIPTION"

Omni Title Agency
Agent for Commonwealth Land Title Insurance Company

TITLE NO.

## SCHEDULE A

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of Jefferson Avenue, distant 143.00 feet easterly from the northeasterly corner of Jefferson Avenue and Ormond Place, a/k/a Claver Place;

RUNNING THENCE northerly part of the distance through a party wall, 100.00 feet;

THENCE easterly parallel with Jefferson Avenue, 21.00 feet;

THENCE southerly part of the distance through a party wall, 100.00 feet to the northerly side of Jefferson Avenue;

THENCE westerly along the northerly side of Jefferson Avenue, 21.00 feet to the point or place of BEGINNING.

**FOR INFORMATION ONLY:**

Block 1995 Lot 34

# SCHEDULE A
# "MORTGAGES"