# EXHIBIT "D"

**RELATED, PlnDue, DsclsDue, Repeat, PRVDISM**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-24-41125-ess

*Date filed:* 03/14/2024

*Assigned to:* Elizabeth S. Stong
Chapter 11
Voluntary
Asset

***Debtor***  represented by **Fraleg Jefferson Corp**
**Fraleg Jefferson Corp**  PRO SE
45 Main Street
Suite 518
Brooklyn, NY 11236
KINGS-NY
Tax ID / EIN: 84-2857846
*dba* **Fraleg Quincy Corp**
*dba* **931 Lincoln Place Corp**

***U.S. Trustee***
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| 03/14/2024 | [1](#) (37 pgs) | Chapter 11 Voluntary Petition for Non-Individuals. Fee Amount $ 1738. Filed by Fraleg Jefferson Corp Chapter 11 Plan due by 7/12/2024. Disclosure Statement due by 7/12/2024. (dmp) (Entered: 03/14/2024) |
| 03/14/2024 | | Judge Assigned Due to Prior Filing, Judge Reassigned. (dmp) (Entered: 03/14/2024) |
| 03/14/2024 | [3](#) (3 pgs; 2 docs) | Deficient Filing Chapter 11Affidavit Pursuant to E.D.N.Y. LBR 1007-4 due 3/14/2024. Summary of Assets and Liabilities for Non-Individuals Official Form 206Sum due by 3/28/2024. Schedule E/F due 3/28/2024. Schedule G due 3/28/2024. Schedule H due 3/28/2024. List of Equity Security Holders due 3/28/2024. Statement of Financial Affairs Non-Ind Form 207 due 3/28/2024. Incomplete Filings due by 3/28/2024. (dmp) (Entered: 03/14/2024) |
| 03/14/2024 | [4](#) (2 pgs; 2 docs) | Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel.Hearing scheduled for 4/1/2024 at 10:30 AM at |

| | | |
|---|---|---|
| | | Courtroom 3585 (Judge Stong), Brooklyn, NY. . Chapter 11 Non-Individual Attorney Cure due by 3/28/2024. (dmp) (Entered: 03/14/2024) |
| 03/14/2024 | | Prior Filing Case Number(s): 23-43807-ess dismissed 11/17/2023; 22-43064-ess dismissed on 10/13/2023 (dmp) (Entered: 03/14/2024) |
| 03/14/2024 | | Receipt of Chapter 11 Filing Fee - $1,738.00. Receipt Number 10333129. (JF) (admin) (Entered: 03/14/2024) |
| 03/15/2024 | | The above case is related to Case Number(s) 23-42033-ess: 931 Lincoln Place Corp, 23-44383-ess: Fraleg Quincy Corp (nwh) (Entered: 03/15/2024) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 03/15/2024 12:29:22 ||||
| **PACER Login:** | Cpincus123 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1-24-41125-ess Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

PlnDue, DsclsDue, Repeat, PRVDISM, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-23-43807-ess

*Assigned to:* Elizabeth S. Stong
Chapter 11
Voluntary
Asset

*Date filed:* 10/19/2023
*Date terminated:* 12/08/2023
*Debtor dismissed:* 11/17/2023
*341 meeting:* 11/27/2023

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Fraleg Jefferson Corp**
300 Kerkimer Street
Fl #1
Brooklyn, NY 11236
KINGS-NY
Tax ID / EIN: 84-2857846

represented by **Fraleg Jefferson Corp**
PRO SE

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| 10/19/2023 | 1 (34 pgs) | Chapter 11 Voluntary Petition for Non-Individuals. Fee Amount $ 1738. Filed by Fraleg Jefferson Corp Chapter 11 Plan due by 2/16/2024. Disclosure Statement due by 2/16/2024. (jjf) (Entered: 10/19/2023) |
| 10/19/2023 |  | Judge Assigned Due to Prior Filing, Judge Reassigned. (jjf) (Entered: 10/19/2023) |
| 10/19/2023 |  | ( DISREGARD ENTERED IN ERROR) The above case is related to Case Number(s) 1-22-43064-ess, Fraleg Jefferson Corp. (jjf) (Entered: 10/19/2023) |
| 10/19/2023 | 3 (3 pgs; 2 docs) | Deficient Filing Chapter 11Affidavit Pursuant to E.D.N.Y. LBR 1007-4 due 10/19/2023. Summary of Assets and Liabilities for Non-Individuals Official Form 206Sum due by 11/2/2023. Schedule E/F due 11/2/2023. Schedule G due 11/2/2023. Schedule H due 11/2/2023. List of Equity Security Holders due 11/2/2023. Statement of Financial Affairs Non-Ind Form 207 due 11/2/2023. Incomplete Filings due by 11/2/2023. (jjf) (Entered: 10/19/2023) |

| | | |
|---|---|---|
| 10/19/2023 | | Receipt of Chapter 11 Filing Fee - $1,738.00. Receipt Number 10332281. (DM) (admin) Modified on 10/20/2023 (dld). (Entered: 10/19/2023) |
| 10/20/2023 | | [Prior Filing](#) Case Number(s): 22-43064-ess dismissed on 10/13/2023 (nwh) (Entered: 10/20/2023) |
| 10/20/2023 | [4](#)<br>(2 pgs; 2 docs) | Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel.Hearing scheduled for 11/9/2023 at 03:00 PM at Courtroom 3585 (Judge Stong), Brooklyn, NY. . Chapter 11 Non-Individual Attorney Cure due by 11/3/2023. (jjf) (Entered: 10/20/2023) |
| 10/21/2023 | [5](#)<br>(3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 10/21/2023. (Admin.) (Entered: 10/22/2023) |
| 10/22/2023 | [6](#)<br>(2 pgs) | BNC Certificate of Mailing with Notice of Hearing on Defective or Deficient Filing - Chapter 11 Non-Individual Notice Date 10/22/2023. (Admin.) (Entered: 10/23/2023) |
| 10/30/2023 | [7](#)<br>(3 pgs; 2 docs) | Meeting of Creditors 341(a) meeting to be held on 11/27/2023 at 03:00 PM at Teleconference - Brooklyn. (nwh) (Entered: 10/30/2023) |
| 10/30/2023 | [8](#)<br>(3 pgs; 2 docs) | Notice of Rescheduled Telephonic 341 Meeting with Instructions. Meeting scheduled for November 27, 2023, at 3:00 p.m. Filed by Office of the United States Trustee (RE: related document(s)[7](#) Meeting of Creditors Chapter 11). (Khodorovsky, Nazar) (Entered: 10/30/2023) |
| 11/01/2023 | [9](#)<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 11/01/2023. (Admin.) (Entered: 11/02/2023) |
| 11/02/2023 | [10](#)<br>(4 pgs) | BNC Certificate of Mailing with Notice of Reset of Section 341 Meeting of Creditors Notice Date 11/02/2023. (Admin.) (Entered: 11/03/2023) |
| 11/03/2023 | [11](#)<br>(4 pgs; 2 docs) | Order Scheduling Initial Case Management Conference . Signed on 11/3/2023. Status hearing to be held on 12/8/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (aac) (Entered: 11/03/2023) |
| 11/05/2023 | [12](#)<br>(4 pgs) | BNC Certificate of Mailing with Notice/Order Notice Date 11/05/2023. (Admin.) (Entered: 11/05/2023) |
| 11/09/2023 | | Hearing Held; (RE: related document(s) [4](#) Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel) - No Appearance by Debtor - Appearance by United States Trustee - No opposition - Granted - Court to issue order dismissing case. (sej) (Entered: 11/13/2023) |
| 11/17/2023 | [13](#)<br>(5 pgs; 3 docs) | Order Dismissing Case with Notice of Dismissal (RE: related document(s)[4](#) Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel). Signed on 11/17/2023 (aac) (Entered: 11/17/2023) |
| 11/19/2023 | [14](#)<br>(3 pgs) | BNC Certificate of Mailing with Notice of Dismissal Notice Date 11/19/2023. (Admin.) (Entered: 11/20/2023) |
| 12/08/2023 | | Bankruptcy Case Closed (aac) (Entered: 12/08/2023) |

| | | |
|---|---|---|
| 12/08/2023 | | Marked Off without hearing (RE: related document(s) 11 Order Scheduling Initial Case Management Conference, 13 Order Dismissing Case with Notice of Dismissal) (sej) (Entered: 12/11/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/15/2024 16:22:27 | | | |
| **PACER Login:** | Cpincus123 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1-23-43807-ess Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

PlnDue, DsclsDue, HoldDisc, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-22-43064-ess

*Assigned to:* Elizabeth S. Stong
Chapter 11
Voluntary
Asset

*Date filed:* 12/08/2022
*Date terminated:* 01/18/2024
*Debtor dismissed:* 10/13/2023
*341 meeting:* 01/09/2023

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Fraleg Jefferson Corp.**
128 Hancock Street
Brooklyn, NY 11216
KINGS-NY
Tax ID / EIN: 84-2857846

represented by **Francis E Hemmings**
Francis E. Hemmings PLLC
228-18 Mentone Avenue
Laurelton, NY 11413
(212) 747-9564
Email: general@hemmingssnell.com

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| 12/08/2022 | 1 (33 pgs) | Chapter 11 Voluntary Petition for Non-Individuals. Fee Amount $ 1738. Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. Chapter 11 Plan due by 04/7/2023. Disclosure Statement due by 04/7/2023. (Hemmings, Francis) (Entered: 12/08/2022) |
| 12/08/2022 |  | Receipt of Voluntary Petition (Chapter 11)( 1-22-43064) [misc,volp11a] (1738.00) Filing Fee. Receipt number A21256302. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 12/08/2022) |
| 12/08/2022 | 2 (3 pgs; 2 docs) | Deficient Filing Chapter 11: Affidavit Pursuant to E.D.N.Y. LBR 1007-4 due 12/8/2022. Disclosure of Compensation of Attorney for Debtor. 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b) (Official Form 2030) due 12/22/2022. Summary of Assets and Liabilities for Non-Individuals Official Form 206Sum due by 12/22/2022. Schedule E/F due 12/22/2022. Schedule G due 12/22/2022. Schedule H due 12/22/2022. List of Equity Security Holders due 12/22/2022. Statement of Financial Affairs Non-Ind Form 207 due 12/22/2022. Incomplete Filings due by 12/22/2022. (hrm) (Entered: 12/09/2022) |

| | | |
|---|---|---|
| 12/11/2022 | [3](#)<br>(3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 12/11/2022. (Admin.) (Entered: 12/12/2022) |
| 12/12/2022 | [4](#)<br>(6 pgs; 4 docs) | Meeting of Creditors 341(a) meeting to be held on 1/9/2023 at 12:45 PM at Teleconference - Brooklyn. (mem) (Entered: 12/12/2022) |
| 12/13/2022 | [5](#)<br>(5 pgs) | Refiled Petition Re: Forms Modernization 2015 (Pgs 1-4)for Non-Individuals; Zip code added to debtor's address Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (RE: related document(s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor Fraleg Jefferson Corp.) (Hemmings, Francis) (Entered: 12/13/2022) |
| 12/14/2022 | [6](#)<br>(4 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 12/14/2022. (Admin.) (Entered: 12/15/2022) |
| 12/14/2022 | [7](#)<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 12/14/2022. (Admin.) (Entered: 12/15/2022) |
| 12/23/2022 | [8](#)<br>(16 pgs) | Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) Schedule E/F, Schedule G, Schedule H, Summary of Assets and Liabilities, Disclosure of Compensation of Attorney for Debtor, List of Equity Security Holders, Statement of Balance Sheet, Cash Flow statement, Statement of Operations, and tax Returns Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) Modified on 12/27/2022 to correct attachment description (drk). (Entered: 12/23/2022) |
| 12/23/2022 | [9](#)<br>(3 pgs; 2 docs) | Notice of Rescheduled Telephonic 341 Meeting with Instructions. Meeting scheduled for January 9, 2023 at 12:45 PM Filed by Office of the United States Trustee. (Khodorovsky, Nazar) (Entered: 12/23/2022) |
| 12/28/2022 | [10](#)<br>(4 pgs; 2 docs) | Order Scheduling Initial Case Management Conference . Signed on 12/28/2022. Video Status Conference to be held on 2/10/2023 at 10:30 AM before the Honorable Judge Elizabeth Stong. (drk) (Entered: 12/28/2022) |
| 12/28/2022 | [11](#)<br>(4 pgs; 2 docs) | Court's Service List (RE: related document(s)[10](#) Order Scheduling Initial Case Management Conference) (drk) (Entered: 12/28/2022) |
| 12/29/2022 | [12](#)<br>(4 pgs) | BNC Certificate of Mailing with Notice of Reset of Section 341 Meeting of Creditors Notice Date 12/29/2022. (Admin.) (Entered: 12/30/2022) |
| 12/30/2022 | [13](#)<br>(4 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 12/30/2022. (Admin.) (Entered: 12/31/2022) |
| 12/30/2022 | [14](#)<br>(4 pgs) | BNC Certificate of Mailing with Notice/Order Notice Date 12/30/2022. (Admin.) (Entered: 12/31/2022) |
| 01/09/2023 | [15](#)<br>(14 pgs) | Statement of Financial Affairs for Non-Individuals (Form 207) Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (RE: related document(s)[2](#) Deficient Filing Chapter 11) (Hemmings, Francis) (Entered: 01/09/2023) |
| 01/09/2023 | [16](#)<br>(3 pgs) | Debtor's Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis |

| | | |
|---|---|---|
| | | Modified on 1/11/2023 (ads). (Entered: 01/09/2023) |
| 02/01/2023 | 17<br>(3 pgs; 2 docs) | Notice of Appearance and Request for Notice Filed by Barry Weiss on behalf of SERVIS ONE, INC DBA BSI FINANCIAL SERVICES (Attachments: # 1 Certificate of Service) (Weiss, Barry) (Entered: 02/01/2023) |
| 02/07/2023 | 18<br>(18 pgs) | Motion to Set Last Day to File Proofs of Claim Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp.. (Hemmings, Francis) (Entered: 02/07/2023) |
| 02/10/2023 | | Adjourned Without Hearing; Status hearing to be held on 03/16/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (RE: related document(s) 10 Order Scheduling Initial Case Management Conference) (sej) (Entered: 02/21/2023) |
| 02/16/2023 | 19<br>(57 pgs; 10 docs) | Motion for Relief from Stay re: 15 Jefferson Avenue, Brooklyn, NY 11238 Fee Amount $188. Filed by Barry Weiss on behalf of IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES. Hearing scheduled for 3/16/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (Attachments: # 1 Affidavit # 2 Exhibit # 3 Exhibit B.1 # 4 Exhibit B.2 # 5 Exhibit C # 6 Exhibit D # 7 Exhibit E # 8 Exhibit F # 9 Certificate of Service) (Weiss, Barry) (Entered: 02/16/2023) |
| 02/16/2023 | | Receipt of Motion for Relief From Stay( 1-22-43064-ess) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A21411762. Fee amount 188.00. (re: Doc# 19) (U.S. Treasury) (Entered: 02/16/2023) |
| 03/09/2023 | 20<br>(3 pgs) | (DOCKETED IN ERROR) Objection Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (RE: related document(s)19 Motion for Relief From Stay filed by Creditor IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES) (Hemmings, Francis) Modified on 3/10/2023 (sej). (Entered: 03/09/2023) |
| 03/10/2023 | 21<br>(3 pgs) | Objection Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (RE: related document(s)19 Motion for Relief From Stay filed by Creditor IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES) (Hemmings, Francis) (Entered: 03/10/2023) |
| 03/16/2023 | 22<br>(12 pgs; 2 docs) | Order Establishing Deadline for Filing Proofs of Claim. Signed on 3/16/2023. Proofs of Claims due by 6/6/2023. Government Proof of Claim due by 6/6/2023. (Attachments: # 1 Exhibit) (dnb) (Entered: 03/16/2023) |
| 03/16/2023 | | Hearing Held and Adjourned; Appearances: Debtor, Office of the United States Trustee. IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES. Debtor to become current on Monthly Operating Reports and UST fees and to file retention application by 3/30/2023. Status hearing to be held on 04/14/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (RE: related document(s) 10 Order Scheduling Initial Case Management Conference) (sej) (Entered: 03/16/2023) |
| 03/16/2023 | | Hearing Held and Adjourned; Appearances: Debtor, Office of the United States Trustee. IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES. 'Hearing scheduled for 04/14/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY.(RE: related |

| | | |
|---|---|---|
| | | document(s) 19 Motion for Relief From Stay Filed by Creditor IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES) (sej) (Entered: 03/16/2023) |
| 04/11/2023 | 23 (1 pg) | Letter of Adjournment: Hearing rescheduled from 04/14/23 at 10:30 am to 05/12/23 at 10:30 am Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 04/12/2023) |
| 04/12/2023 | 24 (1 pg) | Letter of Adjournment: Hearing rescheduled from 4/14/23 at 10:30 am to 5/12/23 at 10:30 am Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (RE: related document(s)19 Motion for Relief From Stay filed by Creditor IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES) (Hemmings, Francis) (Entered: 04/12/2023) |
| 04/14/2023 | | Adjourned Without Hearing; Status hearing to be held on 05/12/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (RE: related document(s) 10 Order Scheduling Initial Case Management Conference, 23 Letter of Adjournment Filed by Debtor Fraleg Jefferson Corp.) (sej) (Entered: 04/14/2023) |
| 04/14/2023 | | Adjourned Without Hearing 'Hearing scheduled for 05/12/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY.(RE: related document(s) 19 Motion for Relief From Stay Filed by Creditor IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES, 24 Letter of Adjournment Filed by Debtor Fraleg Jefferson Corp.) (sej) (Entered: 04/14/2023) |
| 05/10/2023 | 25 (12 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 12/31/22 Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 05/10/2023) |
| 05/10/2023 | 26 (14 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 01/31/23 Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 05/10/2023) |
| 05/10/2023 | 27 (14 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 02/28/2023 Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 05/10/2023) |
| 05/10/2023 | 28 (14 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2023 Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 05/10/2023) |
| 05/10/2023 | 29 (13 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2023 Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 05/10/2023) |
| 05/12/2023 | | Hearing Held and Adjourned; Appearances: Debtor, Office of the United States Trustee, IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES. Status hearing to be held on 08/17/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (RE: related document(s) 10 Order Scheduling Initial Case Management Conference) (sej) (Entered: 05/15/2023) |
| 05/12/2023 | | Hearing Held; Appearances: Debtor, Office of the United States Trustee, IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES. (RE: related document(s) 19 Motion for Relief From Stay Filed by |

| | | |
|---|---|---|
| | | Creditor IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES) On consent, stay relief granted with order to become effective 30 days after it is entered. Submit order. (sej) (Entered: 05/15/2023) |
| 06/20/2023 | [30](#) (2 pgs) | Order For Relief From The Automatic Stay with respect to 115 Jefferson Avenue, Brooklyn, NY 11238 (Related Doc # [19](#) Motion). Pursuant to Bankruptcy Rule 4001(a)(3), this Order shall go into effect 30 days from the date it is entered, on July 21, 2023. Signed on 6/20/2023. (sej) (Entered: 06/21/2023) |
| 08/07/2023 | [31](#) (13 pgs; 3 docs) | Motion to Dismiss Case / *Motion by the U.S. Trustee to Dismiss or Convert Chapter 11 Case of Fraleg Jefferson Corp.* Filed by Office of the United States Trustee. Hearing scheduled for 9/14/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (Khodorovsky, Nazar) (Entered: 08/07/2023) |
| 08/07/2023 | [32](#) (2 pgs) | Affidavit/Certificate of Service *of the U.S. Trustee`s Motion* Filed by Office of the United States Trustee (RE: related document(s)[31](#) Motion to Dismiss Case filed by U.S. Trustee Office of the United States Trustee) (Khodorovsky, Nazar) (Entered: 08/07/2023) |
| 08/10/2023 | [33](#) (3 pgs) | BNC Certificate of Mailing with Notice of Hearing on Dismissal Notice Date 08/10/2023. (Admin.) (Entered: 08/11/2023) |
| 08/17/2023 | | Hearing Held and Adjourned; - No Appearance by Debtor and UST - Status hearing to be held on 09/14/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (RE: related document(s) [10](#) Order Scheduling Initial Case Management Conference) Debtor to become current on Monthly Operating Reports and UST fees by 8/31/2023 and to file response to UST Motion by 9/7/2023. (sej) (Entered: 08/18/2023) |
| 09/07/2023 | [34](#) (3 pgs) | Response Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (RE: related document(s)[31](#) Motion to Dismiss Case filed by U.S. Trustee Office of the United States Trustee) (Hemmings, Francis) (Entered: 09/07/2023) |
| 09/13/2023 | [35](#) (13 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 05/31/23 Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 09/13/2023) |
| 09/13/2023 | [36](#) (13 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2023 Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 09/13/2023) |
| 09/13/2023 | [37](#) (13 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 07/31/2023 Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 09/13/2023) |
| 09/13/2023 | [38](#) (13 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 08/31/2023 Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 09/13/2023) |
| 09/14/2023 | | Hearing Held; (RE: related document(s) [31](#) Motion to Dismiss Case Filed by U.S. Trustee Office of the United States Trustee) Appearance by |

| | | |
|---|---|---|
| | | Debtor and UST - No opposition - Granted - Submit order. (sej) (Entered: 09/18/2023) |
| 09/14/2023 | | Hearing Held; (RE: related document(s) 10 Order Scheduling Initial Case Management Conference) Appearance by Debtor and UST - MARKED OFF, IT IS SO ORDERED BY s/Elizabeth S. Stong. Endorsed on Calendar dated 9/14/2023. (This is a text Order, no document is attached) (sej) (Entered: 09/18/2023) |
| 10/13/2023 | 39 (3 pgs; 2 docs) | Letter *RE: correction of the address to be made to the proposed amended order* Filed by Sherri Jennifer Smith on behalf of IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES (RE: related document(s)30 Order on Motion For Relief From Stay) (Attachments: # 1 Proposed Order) (Smith, Sherri) (Entered: 10/13/2023) |
| 10/13/2023 | 40 (2 pgs) | AMENDED Order Modifying the Automatic Stay to Permit IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES to Pursue its Rights under Applicable Law with Respect to 15 Jefferson Avenue, Brooklyn, NY 11238 (RE: related document(s)19 Motion for Relief From Stay filed by Creditor IRP FUND II TRUST 2A, by its servicer BSI FINANCIAL SERVICES, 30 Order on Motion For Relief From Stay). Signed on 10/13/2023. (jag) (Entered: 10/13/2023) |
| 10/13/2023 | 41 (3 pgs; 3 docs) | Order Dismissing Case with Notice of Dismissal (RE: related document(s)31 Motion to Dismiss Case filed by U.S. Trustee Office of the United States Trustee). Signed on 10/13/2023. (jag) (Entered: 10/16/2023) |
| 10/18/2023 | 42 (3 pgs) | BNC Certificate of Mailing with Notice of Dismissal Notice Date 10/18/2023. (Admin.) (Entered: 10/19/2023) |
| 01/18/2024 | 43 (2 pgs; 2 docs) | Order to Close Dismissed Case. Signed on 1/18/2024. (jag) (Entered: 01/18/2024) |
| 01/18/2024 | | Bankruptcy Case Closed (jag) (Entered: 01/18/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/15/2024 16:24:20 | | |
| **PACER Login:** Cpincus123 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1-22-43064-ess Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** 5 | **Cost:** | 0.50 |