# EXHIBIT "F"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                 Case No. 1-24-41125-ESS
                                                                          Chapter 11

Fraleg Jefferson Corp.
dba Fraleg Quincy Corp
dba 931 Lincoln Place Corp


                                            Debtor.
---------------------------------------------------------X


## IN-REM ORDER FOR RELIEF FROM THE AUTOMATIC STAY

**MOTION HAVING BEEN MADE** to this Court by Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VIII-B ("Movant"), by Notice of Motion dated March 20, 2024, for an Order: (i) modifying and terminating the automatic stay in place pursuant to § 362(a) of the Title 11 of the United States Code, to permit Movant, to exercise all of its rights and remedies with respect to certain collateral known as **15 Jefferson Avenue, Brooklyn, NY 11238** by virtue of § 362(d)(1) and 11 U.S.C. § 362(d)(2) of the Bankruptcy Code; (ii) granting Movant the attorney fees and costs of this motion; (iii) granting Movant the attorney fees and costs of this motion; and (iv) granting Movant such other further and different relief as may seem just, proper and equitable; and due notice of said motion having been given to the Debtor and US Trustee; and after due deliberation having been had; it is hereby

**ORDERED,** that the Automatic Stay, as to Movant, its agents, assigns or successors in interest, is hereby **modified** so that Movant, its agents, assigns or successors in interest, may **pursue its rights under** applicable law **with respect to** the Property; and it is further

**ORDERED** that the automatic stay under 11 U.S.C. § 362(a) is terminated

pursuant to 11 U.S.C. §362(d)(4)(B) as to Movant's interest in the Property such that if this Order is recorded in compliance with applicable State laws governing notices of interests or liens in real property, it shall be binding in any other case filed by any party under the Bankruptcy Code purporting to affect the Property that is filed not later than 2 years after the date of entry of this Order; and it is further

**ORDERED,** that this Order vacating the automatic stay shall be binding and effective if the Debtors convert this case to another chapter under the U.S. Bankruptcy Code; and it is further

**ORDERED,** that, Movant may increase the amount of its mortgage balance by $1050.00 in reasonable attorney's fees and $199.00 for the filing fee necessary to bring the present motion; and it is further