Francis E. Hemmings, Esq.
LAW OFFICES OF FRANCIS E. HEMMINGS PLLC
Attorneys for Fraleg Jefferson
228-18 Mentone Avenue
Laurelton, New York 11413
Telephone: (212) 747-9560
Facsimile:  (212) 747-9564
E-mail: general@hemmingssnell.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:                                                                  Chapter 11

FRALEG JEFFERSON CORP                              Case No.: 24-41125-ess

                Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

      PLEASE TAKE NOTICE that Francis E. Hemmings, Esq., files this Notice of Appearance and Request for Notices on behalf of Fraleg Jefferson Corp., (the "Debtor") and respectfully requests that all notices given or required to be given to the Debtor, and all papers served or required to be served upon the debtor in the above-captioned case, and in all proceedings arising under or related thereto, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints or demands, be given to and served upon the following:

                Francis E. Hemmings, Esq.
                228-18 Mentone Avenue
                Laurelton, New York 11413
                Telephone: (212) 747-9560
                Facsimile: (212) 747-9464
                E-mail: general@hemmingssnell.com

- 2 -

Dated: Laurelton, New York
      April 15, 2024

                LAW OFFICES OF FRANCIS E. HEMMINGS PLLC

            By   /s/ Francis E. Hemmings
                  Francis E. Hemmings, Esq.
             Attorneys for Fraleg Jefferson Corp.
             228-18 Mentone Avenue
             Laurelton, New York  11413
             Telephone: (212) 747-9560
             Facsimile: (212) 747-9564
             E-mail: general@hemmingssnell.com