United States Bankruptcy Court
Eastern District of New York

In re: Case No. 24-41125-ess
Fraleg Jefferson Corp Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1 User: admin Page 1 of 1
Date Rcvd: Apr 26, 2024 Form ID: pdf000 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fraleg Jefferson Corp, 45 Main Street, Suite 518, Brooklyn, NY 11201-1023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Francis E Hemmings | on behalf of Debtor Fraleg Jefferson Corp general@hemmingssnell.com fhemmings@gmail.com |
| Michael Lawrence Carey | on behalf of Creditor Lima One Capital as servicer for Wilmington Trust N.A., not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 mcarey@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Sherri Jennifer Smith | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust VIII-B ssmith@pincuslaw.com, amautz@pincuslaw.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:

FRALEG JEFFERSON CORP
*dba* FRALEG QUINCY CORP
*dba* 931 LINCOLN PLACE CORP,

Debtor.

---------------------------------------------------------x

Chapter 11
Case No. 24-41125-ess

**ORDER SCHEDULING CONTINUED HEARING ON DEFICIENCY NOTICE**

WHEREAS, on March 14, 2024, Fraleg Jefferson Corp (the "Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"); and

WHEREAS, on March 14, 2024, the Clerk of the Court entered a Notice of Deficient Chapter 11 Case for the Debtor's failure to be represented by counsel (the "Deficiency Notice"), scheduling a hearing for April 1, 2024; and

WHEREAS, the Debtor is an entity and is not an individual; and

WHEREAS, courts in this Circuit have concluded that an entity "must appear through licensed counsel" in federal court, *Lattanzio v. COMITA*, 481 F.3d 137, 140 (2d Cir. 2007); and

WHEREAS, from time to time, and on April 11, 2024, the Court held hearings on the Deficiency Notice, at which the creditor Wilmington Savings Fund Society, FSB and the United States Trustee appeared and were heard, and the Debtor did not appear; and

WHEREAS, on April 15, 2024, Francis E. Hemmings, Esq. filed a notice of appearance of counsel on behalf of the Debtor.

NOW THEREFORE, it is hereby

**ORDERED**, that the Court will hold a continued video hearing on the Deficiency Notice on **May 31, 2024, at 10:30 a.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED, that this hearing will be conducted remotely, via video. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two business days before the hearing.**

**On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.**

Dated: Brooklyn, New York
April 25, 2024




Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Fraleg Jefferson Corp**
***dba* Fraleg Quincy Corp**
***dba* 931 Lincoln Place Corp**
45 Main Street
Suite 518
Brooklyn, NY 11236

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408