# Exhibit "C"

4/25/24, 9:15 AM

Case 1-24-41125-ess    Doc 23-3    Filed 05/03/24    Entered 05/03/24 16:12:58
1:23-bk-42033 - 931 Lincoln Place Corp (Bankr. E.D.N.Y.) | CourtDrive

Printed on Apr 25 2024 9:15 am

# 1:23-bk-42033 - 931 Lincoln Place Corp

Docket Header Last Updated: 4/25/2024 9:15 am

PlnDue, DsclsDue, DISMISSED, CLOSED, RELATED

## U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-23-42033-ess

*Assigned to:* Elizabeth S. Stong
Chapter 11
Voluntary
Asset
Claims Register

*Date filed:* 06/08/2023
*Date terminated:* 08/29/2023
*Debtor dismissed:* 08/07/2023
*341 meeting:* 07/10/2023

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**931 Lincoln Place Corp**
300 Herkimer
Floor #1
Brooklyn, NY 11216
KINGS-NY
Tax ID / EIN: 47-4052469
*dba* **Fraleg Quincy Corp**

represented by **931 Lincoln Place Corp**
PRO SE

**U.S. Trustee**
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House

Case 1-24-41125-ess    Doc 23-3    Filed 05/03/24    Entered 05/03/24 16:12:58

4/25/24, 9:15 AM                            1-23-bk-42033 - 931 Lincoln Place Corp (Bankr. E.D.N.Y.) | CourtDrive

One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

| Date | Doc # | Description |
|---|---|---|
| 03/15/2024 | | The above case is related to Case Number(s) 24-41125-ess: Fraleg Jefferson Corp, 23-44383-ess: Fraleg Quincy Corp (nwh) (Entered: 03/15/2024) |
| 11/30/2023 | | The above case is related to Case Number(s) Fraleg Quincy Corp, 23-44383-jmm (nwh) (Entered: 11/30/2023) |
| 08/29/2023 | | Bankruptcy Case Closed. (ssw) (Entered: 08/29/2023) |
| 08/10/2023 | 16 | BNC Certificate of Mailing with Notice of Dismissal Notice Date 08/10/2023. (Admin.) (Entered: 08/11/2023) |
| 08/10/2023 | | Marked Off without hearing (RE: related document(s) 13 Order Scheduling Initial Case Management Conference, 15 Order Dismissing Case with Notice of Dismissal) (sej) (Entered: 08/10/2023) |
| 08/07/2023 | 15 | Order Dismissing Case with Notice of Dismissal for failure to be represented by counsel. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor 931 Lincoln Place Corp, 10 Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel). Signed on 8/7/2023 (ssw) (Entered: 08/08/2023) |
| 07/07/2023 | | Hearing Held. No Appearance by Debtor. Appearances by Office of the United States Trustee, Lima One Capital as servicer for Lima One Capital, LLC. (RE: related document(s) 10 Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel) No opposition. Granted. Dismissed. Court to issue order. (sej) (Entered: 07/11/2023) |
| 06/25/2023 | 14 | BNC Certificate of Mailing with Notice/Order Notice Date 06/25/2023. (Admin.) (Entered: 06/26/2023) |
| 06/22/2023 | 13 | Order Scheduling Initial Case Management Conference . Signed on 6/22/2023. Status hearing to be held on **8/10/2023 at 10:30 AM** at Courtroom 3585 (Judge Stong), Brooklyn, NY. (sej) (Entered: 06/22/2023) |
| 06/18/2023 | 12 | BNC Certificate of Mailing with Notice of Hearing on Defective or Deficient Filing - Chapter 11 Non-Individual Notice Date 06/18/2023. (Admin.) (Entered: 06/19/2023) |
| 06/17/2023 | 11 | BNC Certificate of Mailing with Notice of Reset of Section 341 Meeting of Creditors Notice Date 06/17/2023. (Admin.) (Entered: 06/18/2023) |
| 06/16/2023 | 10 | Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel.Hearing scheduled for **7/7/2023 at 10:30 AM** at Courtroom 3585 (Judge Stong), Brooklyn, NY. . Chapter 11 Non-Individual Attorney Cure due by **6/30/2023.** (hrm) (Entered: 06/16/2023) |
| 06/14/2023 | 9 | BNC Certificate of Mailing - Meeting of Creditors Notice Date 06/14/2023. (Admin.) (Entered: 06/15/2023) |
| 06/14/2023 | 8 | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 06/14/2023. (Admin.) (Entered: 06/15/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2023 | 7 | Notice of Rescheduled Telephonic 341 Meeting with Instructions. Meeting scheduled for **July 10, 2023, at 12:00 p.m.** Filed by Office of the United States Trustee (RE: related document(s)5 Meeting of Creditors Chapter 11). (Lateef, Reema) (Entered: 06/14/2023) |
| 06/12/2023 | 6 | Notice of Appearance and Request for Notice Filed by Dinh Nguyen on behalf of Lima One Capital as servicer for Lima One Capital, LLC (Nguyen, Dinh) (Entered: 06/12/2023) |
| 06/12/2023 | 5 | Meeting of Creditors 341(a) meeting to be held on **7/10/2023 at 12:00 PM** at Teleconference   Brooklyn. (hrm) (Entered: 06/12/2023) |
| 06/11/2023 | 4 | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 06/11/2023. (Admin.) (Entered: 06/12/2023) |
| 06/08/2023 | 3 | Deficient Filing Chapter 11: Affidavit Pursuant to E.D.N.Y. LBR 1007 4 due **6/8/2023**. Corporate Resolution Pursuant to E.D.N.Y. LBR 1074-1(a) due by **6/8/2023**. Disclosure of Compensation of Attorney for Debtor. 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b) (Official Form 2030) due **6/22/2023**. Summary of Assets and Liabilities for Non Individuals Official Form 206Sum due by **6/22/2023**. Schedule A/B due **6/22/2023**. Schedule D due **6/22/2023**. Schedule E/F due **6/22/2023**. Schedule G due **6/22/2023**. Schedule H due **6/22/2023**. List of Equity Security Holders due **6/22/2023**. Statement of Financial Affairs Non-Ind Form 207 due **6/22/2023**. Incomplete Filings due by **6/22/2023**. (hrm) (Entered: 06/09/2023) |
| 06/08/2023 | 2 | Copy of Required Photo Identification pursuant to Administrative Order No. 653 for Filer Alege, Andy O (hrm) (Entered: 06/09/2023) |
| 06/08/2023 |   | Receipt of Chapter 11 Installment Filing Fee - $738.00. Receipt Number 10331602. (JF) (admin) (Entered: 06/08/2023) |
| 06/08/2023 |   | Receipt of Chapter 11 Installment Filing Fee  $1,000.00. Receipt Number 10331602. (JF) (admin) (Entered: 06/08/2023) |
| 06/08/2023 | 1 | Chapter 11 Voluntary Petition for Non Individuals. Fee Amount $ 1738. Filed by 931 Lincoln Place Corp Chapter 11 Plan due by **10/6/2023**. Disclosure Statement due by **10/6/2023**. (hrm) (Entered: 06/08/2023) |

## PACER Service Center

| | |
|---|---|
| Receipt: | 04/25/2024 09:15:26 |
| User: | User's PACER account |
| Client: |  |
| Description: | Docket Report |
| | 1-23-42033-ess Fil or Ent: filed From: 08/07/2023 To: 04/25/2024 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Pages: | 1 ($0.10) |

Printed on Apr 25 2024 9:15 am

# 1:23-bk-44383 - Fraleg Quincy Corp

Docket Header Last Updated: 4/24/2024 10:36 am

PlnDue, DsclsDue, RELATED, DISMISSED

## U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-23-44383-ess

*Assigned to:* Elizabeth S. Stong
Chapter 11
Voluntary
Asset
Claims Register

*Date filed:* 11/30/2023
*Debtor dismissed:* 01/25/2024
*341 meeting:* 01/08/2024

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Fraleg Quincy Corp**
45 Main Street Suite 518
Brooklyn, NY 11201
KINGS-NY
Tax ID / EIN: 84-2853284

represented by **Fraleg Quincy Corp**
PRO SE

**U.S. Trustee**
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510

New York, NY 10004-1408

(212) 206-2580

| Date | # | Description |
|---|---|---|
| 01/28/2024 | 19 | BNC Certificate of Mailing with Application/Notice/Order Notice Date 01/28/2024. (Admin.) (Entered: 01/29/2024) |
| 01/28/2024 | 18 | BNC Certificate of Mailing with Notice of Dismissal Notice Date 01/28/2024. (Admin.) (Entered: 01/29/2024) |
| 01/25/2024 | 17 | Order Dismissing Case with Notice of Dismissal (RE: related document(s)5 Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel). Signed on 1/25/2024 (drk) (Entered: 01/26/2024) |
| 01/12/2024 | 16 | BNC Certificate of Mailing with Application/Notice/Order Notice Date 01/12/2024. (Admin.) (Entered: 01/13/2024) |
| 01/08/2024 | 15 | Order Scheduling Continued Hearing on Debtor's Failure to be Represented by Counsel. (RE: related document(s)5 Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel). Signed on 1/8/2024. Hearing scheduled for **1/24/2024 at 10:30 AM** before the Honorable Judge Stong (jag) (Entered: 01/10/2024) |
| 12/21/2023 | | Adjourned Without Hearing 'Hearing scheduled for **01/24/2024 at 10:30 AM** at Courtroom 3585 (Judge Stong), Brooklyn, NY.(RE: related document(s) 5 Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel) (sej) (Entered: 01/12/2024) |
| 12/21/2023 | 14 | Notice of Appearance and Request for Notice Filed by Kathy McCullough Day on behalf of Lima One Capital as servicer for Wilmington Trust, N.A., Not in its Individual Capacity, but Solely as Trustee of MFRA Trust 2016 1 (McCullough Day, Kathy) (Entered: 12/21/2023) |
| 12/13/2023 | 13 | BNC Certificate of Mailing with Notice/Order Notice Date 12/13/2023. (Admin.) (Entered: 12/14/2023) |
| 12/08/2023 | 11 | BNC Certificate of Mailing with Notice of Reset of Section 341 Meeting of Creditors Notice Date 12/08/2023. (Admin.) (Entered: 12/09/2023) |
| 12/07/2023 | 12 | Order Scheduling Initial Case Management Conference . Signed on 12/7/2023. Status hearing to be held remotely, via video on **1/24/2024 at 10:30 AM** before the Honorable Judge Stong (jag) (Entered: 12/11/2023) |
| 12/05/2023 | 10 | Notice of Rescheduled Telephonic 341 Meeting with Instructions. Meeting scheduled for **January 8, 2024, at 11:00 a.m.** Filed by Office of the United States Trustee (RE: related document(s)6 Meeting of Creditors Chapter 11). (Lateef, Reema) (Entered: 12/05/2023) |
| 12/03/2023 | 9 | BNC Certificate of Mailing   Meeting of Creditors Notice Date 12/03/2023. (Admin.) (Entered: 12/04/2023) |
| 12/02/2023 | 8 | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 12/02/2023. (Admin.) (Entered: 12/03/2023) |
| 12/02/2023 | 7 | BNC Certificate of Mailing with Notice of Hearing on Defective or Deficient Filing   Chapter 11 Non Individual Notice Date 12/02/2023. (Admin.) (Entered: 12/03/2023) |
| 12/01/2023 | 6 | Meeting of Creditors 341(a) meeting to be held on **1/8/2024 at 11:00 AM** at Teleconference - Brooklyn. (mem) Modified on 12/5/2023 to correct hearing location (drk). (Entered: 12/01/2023) |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/30/2023 | | Receipt of Chapter 11 Filing Fee - $1,738.00. Receipt Number 10332506. (NH) (admin) (Entered: 11/30/2023) |
| 11/30/2023 | 5 | Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel.Hearing scheduled for 12/21/2023 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. . Chapter 11 Non-Individual Attorney Cure due by 12/14/2023. (nwh) (Entered: 11/30/2023) |
| 11/30/2023 | 4 | Deficient Filing Chapter 11 Summary of Assets and Liabilities for Non-Individuals Official Form 206Sum due by 12/14/2023. Schedule E/F due 12/14/2023. Schedule G due 12/14/2023. Schedule H due 12/14/2023. List of Equity Security Holders due 12/14/2023. Statement of Financial Affairs Non-Ind Form 207 due 12/14/2023. Incomplete Filings due by 12/14/2023. (nwh) (Entered: 11/30/2023) |
| 11/30/2023 | | Judge Jil Mazer Marino removed from the case due to Related Case, Judge Reassigned. Judge Elizabeth S. Stong added to the case. (nwh) (Entered: 11/30/2023) |
| 11/30/2023 | | The above case is related to Case Number(s) 931 Lincoln Place Corp, 23 42033 ess (nwh) (Entered: 11/30/2023) |
| 11/30/2023 | 2 | Amended List of Creditors Filed by Fraleg Quincy Corp (nwh) (Entered: 11/30/2023) |
| 11/30/2023 | 1 | Chapter 11 Voluntary Petition for Non-Individuals. Fee Amount $ 0 Filed by Fraleg Quincy Corp Chapter 11 Plan due by 3/29/2024. Disclosure Statement due by 3/29/2024. (nwh) (Entered: 11/30/2023) |

Printed on Apr 25 2024 9:16 am

# 1:24-bk-41125 - Fraleg Jefferson Corp

Docket Header Last Updated: 4/25/2024 9:16 am

RELATED, PlnDue, DsclsDue, Repeat, PRVDISM

## U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-24-41125-ess

*Date filed:* 03/14/2024

*341 meeting:* 04/15/2024

*Assigned to:* Elizabeth S. Stong

Chapter 11

Voluntary

Asset

Claims Register

**Debtor**                                                represented by **Francis E Hemmings**

**Fraleg Jefferson Corp**                                  Hemmings & Snell LLP

45 Main Street                                             30 Wall Street

Suite 518                                                  8th Floor

Brooklyn, NY 11236                                         New York, NY 10005

KINGS-NY                                                   (212) 747-9560

Tax ID / EIN: 84-2857846                                   Fax : (212)747-9564

*dba* **Fraleg Quincy Corp**                               Email: general@hemmingssnell.com

*dba* **931 Lincoln Place Corp**

**U.S. Trustee**

**Office of the United States Trustee**

Eastern District of NY (Brooklyn)

Alexander Hamilton Custom House

One Bowling Green

Room 510

New York, NY 10004-1408

(212) 206-2580

---

| Date | Doc # | Description |
|---|---|---|
| 04/24/2024 | 17 | Notice of Appearance and Request for Notice Filed by Michael Lawrence Carey on behalf of Lima One Capital as servicer for Wilmington Trust, N.A., not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 (Carey, Michael) (Entered: 04/24/2024) |
| 04/15/2024 | 16 | Notice of Appearance and Request for Notice Filed by Francis E Hemmings on behalf of Fraleg Jefferson Corp. (Hemmings, Francis) (Entered: 04/15/2024) |
| 04/11/2024 | | Hearing Held; Appearance by Office of the United States Trustee, Wilmington Savings Fund Society, FSB - No Appearance by Debtor (RE: related document(s) 12 Motion for Relief From Stay Filed by Creditor Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VIII-B) No opposition - Granted with in rem relief as reflected in the record. Submit order. (sej) (Entered: 04/12/2024) |
| 04/11/2024 | | Hearing Held; Appearance by Office of the United States Trustee, Wilmington Savings Fund Society, FSB   No Appearance by Debtor (RE: related document(s) 4 Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel) No opposition   Granted   Dismissed   Court to issue order. (sej) (Entered: 04/12/2024) |
| 04/01/2024 | | Hearing Held and Adjourned - No Appearance by Debtor - Appearance by UST 'Hearing scheduled for 04/11/2024 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY.(RE: related document(s) 4 Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel) (sej) (Entered: 04/02/2024) |
| 03/22/2024 | 15 | BNC Certificate of Mailing with Notice/Order Notice Date 03/22/2024. (Admin.) (Entered: 03/23/2024) |
| 03/21/2024 | 14 | BNC Certificate of Mailing with Notice of Reset of Section 341 Meeting of Creditors Notice Date 03/21/2024. (Admin.) (Entered: 03/22/2024) |
| 03/20/2024 | 13 | BNC Certificate of Mailing with Notice/Order Notice Date 03/20/2024. (Admin.) (Entered: 03/21/2024) |
| 03/20/2024 | | Receipt of Motion for Relief From Stay( 1 24 41125 ess) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A22474046. Fee amount 199.00. (re: Doc# 12) (U.S. Treasury) (Entered: 03/20/2024) |
| 03/20/2024 | 12 | Motion for Relief from Stay . Objections to be filed on 04/04/2024. Fee Amount $199. Filed by Sherri Jennifer Smith on behalf of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VIII-B. Hearing scheduled for 4/11/2024 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (Attachments: # 1 Certificate of Service # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F) (Smith, Sherri) (Entered: 03/20/2024) |
| 03/19/2024 | 11 | Amended Order Scheduling Initial Case Management Conference . Video Status hearing to be held on 5/3/2024 at 10:30 am before the Honorable Judge Elizabeth Stong. Signed on 3/19/2024 (sej) Modified on 3/20/2024 (sej). (Entered: 03/20/2024) |
| 03/18/2024 | 10 | Notice of Rescheduled Telephonic 341 Meeting with Instructions. Meeting scheduled for April 15, 2024, at 1:15 p.m. Filed by Office of the United States Trustee (RE: related document(s)5 Meeting of Creditors Chapter 11). (Khodorovsky, Nazar) (Entered: 03/18/2024) |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2024 | 8 | BNC Certificate of Mailing - Meeting of Creditors Notice Date 03/17/2024. (Admin.) (Entered: 03/18/2024) |
| 03/16/2024 | 7 | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 03/16/2024. (Admin.) (Entered: 03/17/2024) |
| 03/16/2024 | 6 | BNC Certificate of Mailing with Notice of Hearing on Defective or Deficient Filing - Chapter 11 Non-Individual Notice Date 03/16/2024. (Admin.) (Entered: 03/17/2024) |
| 03/15/2024 | 9 | Order Scheduling Initial Case Management Conference . Signed on 3/15/2024. Video Status hearing to be held on 5/6/2024 at 02:00 PM before the Honorable Judge Elizabeth Stong. (drk) (Entered: 03/18/2024) |
| 03/15/2024 | 5 | Meeting of Creditors 341(a) meeting to be held on 4/15/2024 at 01:15 PM at Teleconference   Brooklyn. (nwh) (Entered: 03/15/2024) |
| 03/15/2024 | | The above case is related to Case Number(s) 23 42033 ess: 931 Lincoln Place Corp, 23 44383 ess: Fraleg Quincy Corp (nwh) (Entered: 03/15/2024) |
| 03/14/2024 | | Receipt of Chapter 11 Filing Fee - $1,738.00. Receipt Number 10333129. (JF) (admin) (Entered: 03/14/2024) |
| 03/14/2024 | | Prior Filing Case Number(s): 23 43807 ess dismissed 11/17/2023; 22 43064 ess dismissed on 10/13/2023 (dmp) (Entered: 03/14/2024) |
| 03/14/2024 | 4 | Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel.Hearing scheduled for 4/1/2024 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. . Chapter 11 Non Individual Attorney Cure due by 3/28/2024. (dmp) (Entered: 03/14/2024) |
| 03/14/2024 | 3 | Deficient Filing Chapter 11Affidavit Pursuant to E.D.N.Y. LBR 1007 4 due 3/14/2024. Summary of Assets and Liabilities for Non-Individuals Official Form 206Sum due by 3/28/2024. Schedule E/F due 3/28/2024. Schedule G due 3/28/2024. Schedule H due 3/28/2024. List of Equity Security Holders due 3/28/2024. Statement of Financial Affairs Non Ind Form 207 due 3/28/2024. Incomplete Filings due by 3/28/2024. (dmp) (Entered: 03/14/2024) |
| 03/14/2024 | | Judge Assigned Due to Prior Filing, Judge Reassigned. (dmp) (Entered: 03/14/2024) |
| 03/14/2024 | 1 | Chapter 11 Voluntary Petition for Non Individuals. Fee Amount $ 1738. Filed by Fraleg Jefferson Corp Chapter 11 Plan due by 7/12/2024. Disclosure Statement due by 7/12/2024. (dmp) (Entered: 03/14/2024) |

## PACER Service Center

| | |
|---|---|
| Receipt: | 04/25/2024 09:16:52 |
| User: | User's PACER account |
| Client: | |
| Description: | Docket Report |
| | 1-24-41125-ess Fil or Ent: filed From: 04/15/2024 To: 04/25/2024 Doc From: 0 Doc To: |