# Exhibit "D"

# NOTICE OF SALE

SUPREME COURT COUNTY OF KINGS, WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1, Plaintiff, vs. FRALEG QUINCY CORP., ET AL., Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale duly entered on November 1, 2022, I, the undersigned Referee will sell at public auction outside on the courthouse steps of the Kings County Supreme Court, 360 Adams Street, Brooklyn, NY 11201 on June 8, 2023 at 10:30 a.m., premises known as 173 Quincy Street, Brooklyn, NY 11216. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, Block 1802 and Lot 101. Approximate amount of judgment is $2,313,703.11 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index # 513873/2021. COVID-19 safety protocols will be followed at the foreclosure sale.

Jeffrey R. Miller, Esq., Referee

Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, New York 10004, Attorneys for Plaintiff. Firm File No. ███

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------x
WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL
CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA
TRUST 2016-1,

Index No. 513873/2021

**AFFIDAVIT OF MAILING**

Plaintiff,

-against-

FRALEG QUINCY CORP.; ANDY O. ALEGE; MICHELE
FLETCHER; NEW YORK CITY DEPARTMENT OF
FINANCE; NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE; NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

Defendants
-------------------------------------------------------------------x

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF NASSAU          )

Clarence Sexton, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Nassau County, New York.

On April 24, 2023, I served a true copy of the annexed **NOTICE OF SALE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below.

Fragleg Quincy Corp.
173 Quincy Street
Brooklyn, New York 11216

Fragleg Quincy Corp.
**c/o the Secretary of State of the State of New York**
One Commerce Plaza, 99 Washington Avenue, 6th Floor
Albany, New York 12231

Andy O. Alege
535 Carlton Avenue, Apartment 716
Brooklyn, New York 11238

1 of 2

Michele Fletcher
600 National Harbor Boulevard
Oxon Hill, Maryland 20745

Michele Mirro, Esq.
**Special Assistant Corporation Counsel**
*Attorney for Defendant, New York City Department of Finance*
375 Pearl Street, Floor 30
New York, New York 10038

New York City Department of Finance
100 Church Street
New York, New York 10007

New York State Department of Taxation and Finance
W.A. Harriman State Campus, Building 9
Albany, New York 12227

New York City Environmental Control Board
100 Church Street
New York, New York 10007

Commonwealth Capital LLC s/h/a Commonwealth Capital, LLC
**c/o the Secretary of State of the State of New York**
One Commerce Plaza, 99 Washington Avenue, 6th Floor
Albany, New York 12231

Occupant(s)
173 Quincy Street
Brooklyn, New York 11216

Jeffrey R. Miller, Esq.
*Court-Appointed Referee*
32 Broadway, 13th Floor
New York, New York 10004

_____
Clarence Sexton

Sworn to Before Me This
24th day of April, 2023

*[signature]*
Notary Public

ROSE KUSTERBECK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KU6425577
Qualified in Nassau County
Commission Expires November 22, 2025

# NOTICE OF SALE

SUPREME COURT COUNTY OF KINGS, WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1, Plaintiff, vs. FRALEG QUINCY CORP., ET AL., Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale duly entered on November 1, 2022, I, the undersigned Referee will sell at public auction at the Kings County Supreme Court, Courtroom 224, 360 Adams Street, Brooklyn, NY 11201 on November 30, 2023 at 2:30 p.m., premises known as 173 Quincy Street, Brooklyn, NY 11216.  All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, Block 1802 and Lot 101. Approximate amount of judgment is $2,313,703.11 plus interest and costs.  Premises will be sold subject to provisions of filed Judgment Index # 513873/2021.  COVID-19 safety protocols will be followed at the foreclosure sale.

Jeffrey R. Miller, Esq., Referee

Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, New York 10004, Attorneys for Plaintiff Firm File No.: ▮▮▮▮▮▮

FILED: KINGS COUNTY CLERK 10/17/2023 12:13 PM
NYSCEF DOC. NO. 84

INDEX NO. 513873/2021
RECEIVED NYSCEF: 10/17/2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------x
WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL
CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA
TRUST 2016-1,

                                 Plaintiff,

        -against-

FRALEG QUINCY CORP.; ANDY O. ALEGE; MICHELE
FLETCHER; NEW YORK CITY DEPARTMENT OF
FINANCE; NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE; NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

                                 Defendants
------------------------------------------------------------------x

Index No. 513873/2021

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NASSAU      )

Freddy Cazares, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in KINGS County, New York.

On October 13, 2023, I served a true copy of the annexed **NOTICE OF SALE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below.

Michele Mirro, Esq.
**Of Counsel to the Special Assistant Corporation Counsel**
**New York City Department of Finance, Office of Legal Affairs**
*Attorneys for Defendant, New York City Department of Finance*
375 Pearl Street 30th Floor
New York, New York 10038

Melanie Anica Headley, Esq.
**Headley Law Group, Inc.**
*Attorney for Defendants, Fraleg Quincy Corp. and Andy O. Alege*
988 Sutter Avenue
Brooklyn, New York 11208



Fraleg Quincy Corporation
173 Quincy Street
Brooklyn, New York 11216

Fraleg Quincy Corporation
**c/o Secretary of State**
99 Washington Avenue, 6th Floor
Albany, New York 12231

Fraleg Quincy Corporation
198 Saint James Place
Brooklyn, New York 11238

Fraleg Quincy Corporation
300 Herkimer, Floor #1
Brooklyn, New York 11216

931 Lincoln Place Corporation dba Fraleg Quincy Corporation
300 Herkimer, Floor #1
Brooklyn, New York 11216

Andy O. Alege
535 Carlton Avenue, #716
Brooklyn, New York 11238

Andy O. Alege
173 Quincy Street
Brooklyn, New York 11216

Michele Fletcher
600 National Harbor Boulevard
Oxon Hill, Maryland 20745

Michele Fletcher
3809 Village Park Drive
Chevy Chase, Maryland 20815

Michele Fletcher
173 Quincy Street
Brooklyn, New York 11216

New York City Department of Finance
100 Church Street
New York, New York 10007

New York City Department of Finance
25 Elm Place, Room 400
Brooklyn, New York 11201

New York State Department of Taxation and Finance
W.A. Harriman Campus, Building 9
Albany, New York 12227

New York State Department of Taxation and Finance
P.O. Box 5149
Albany, New York 12205

New York City Environmental Control Board
100 Church Street, 1st Floor
New York, New York 10007

New York City Environmental Control Board
59-17 Junction Boulevard
Corona, New York 11358

Commonwealth Capital, LLC
**c/o Secretary of State**
99 Washington avenue
Albany, New York 12231

Commonwealth Capital, LLC
**2 Bala Plaza, Suite 714**
Bala Cynwyd, Pennsylvania 19004

Commonwealth Real Estate Investments, LLC
2 Bala Plaza, Suite 714
Bala Cynwyd, Pennsylvania 19004

Occupant(s)
173 Quincy Street
Brooklyn, New York 11216

Jeffrey R. Miller, Esq.
*Court-Appointed Referee*
32 Broadway, 13th Floor
New York, New York 10004

Freddy Cazares

Sworn to Before Me This
13th day of October, 2023

Notary Public

ROSE KUSTLI... ECK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KU6425577
Qualified in Nassau County
Commission Expires November 22, 2025

# NOTICE OF SALE

SUPREME COURT COUNTY OF KINGS, WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1, Plaintiff, vs. FRALEG QUINCY CORP., Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale duly entered on November 1, 2022, I, the undersigned Referee will sell at public auction at the Kings County Supreme Court, Courtroom 224, 360 Adams Street, Brooklyn, NY 11201 on April 25, 2024 at 2:30 p.m., premises known as 173 Quincy Street, Brooklyn, NY 11216. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, Block 1802 and Lot 101. Approximate amount of judgment is $2,313,703.11 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index #513873/2021. COVID-19 safety protocols will be followed at the foreclosure sale.

Jeffrey R. Miller, Esq., Referee

Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, New York 10004, Attorneys for Plaintiff Firm File No.: ▓▓▓▓

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------x
WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL           Index No. 513873/2021
CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA
TRUST 2016-1,
                                                        **AFFIDAVIT OF MAILING**
                                    Plaintiff,

              -against-

FRALEG QUINCY CORP.; ANDY O. ALEGE; MICHELE
FLETCHER; NEW YORK CITY DEPARTMENT OF
FINANCE; NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE; NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

                                    Defendants
------------------------------------------------------------------x

KAVIER RIVERA, hereby affirms pursuant to CPLR §2106 that:

I am not a party to the action, am over 18 years of age, and reside in QUEENS County, New York.

On March 11, 2024, I served a true copy of the annexed **NOTICE OF SALE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below.

Fraleg Quincy Corp.
45 Main Street, Suite 518
Brooklyn, New York 11201

Fraleg Quincy Corp.
198 Saint James Place
Brooklyn, New York 11238

Fraleg Quincy Corp.
173 Quincy Street
Brooklyn, New York 11216

Fraleg Quincy Corp.
300 Herkimer, Floor #1
Brooklyn, New York 11216



Commonwealth Capital, LLC
**c/o Secretary of State**
99 Washington Avenue, 6th Floor
Albany, New York 12231

Fraleg Quincy Corp.
**c/o Secretary of State**
99 Washington Avenue, 6th Floor
Albany, New York 12231

Andy O. Alege
249 Saint Marcus Avenue
Brooklyn, New York 11520

Andy O. Alege
173 Quincy Street
Brooklyn, New York 11216

Andy O. Alege
535 Carlton Avenue, Apartment 716
Brooklyn, New York 11238

Michele Fletcher
3809 Village Park Drive
Chevy Chase, Maryland 20815

Michele Fletcher
600 National Harbor Boulevard
Oxon Hill, Maryland 20745

Michele Fletcher
173 Quincy Street
Brooklyn, New York 11216

Michele Mirro, Esq.
**Of Counsel to the Special Assistant Corporation Counsel**
**New York City Department of Finance -- Office of Legal Affairs**
*Attorneys for Defendant, New York City Department of Finance*
375 Pearl Street, 30th Floor
New York, New York 10038

New York City Department of Finance
100 Church Street
New York, New York 10007

New York City Department of Finance
25 Elm Place, Room 400
Brooklyn, New York 11201

New York State Department of Taxation and Finance
W.A. Harriman Campus, Building 9
Albany, New York 12227

New York State Department of Taxation and Finance
P.O. Box 5149
Albany, New York 12205

New York City Environmental Control Board
100 Church Street
New York, New York 10007

New York City Environmental Control Board
59-17 Junction Boulevard
Corona, New York 11358

Commonwealth Real Estate Investments, LLC
2 Bala Plaza, Suite 714
Bala Cynwyd, Pennsylvania 19004

Commonwealth Capital, LLC
2 Bala Plaza, Suite 714
Bala Cynwyd, Pennsylvania 19004

Occupant(s)
173 Quincy Street
Brooklyn, New York 11216

Jeffrey R. Miller, Esq.
*Court-Appointed Referee*
32 Broadway, 13th Floor
New York, New York 10004

    I affirm this 11TH day of March, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

**KAVIER RIVERA**