# USPAP ADDENDUM

ANDY ALEGE
Property Address: 173 QUINCY ST
City: BROOKLYN County: KINGS State: NY Zip Code: 11216
Lender: LIMA ONE CAPITAL, LLC

## APPRAISAL AND REPORT IDENTIFICATION

**This report was prepared under the following USPAP reporting option:**

- [X] **Appraisal Report** A written report prepared under Standards Rule 2-2(a).
- [ ] **Restricted Appraisal Report** A written report prepared under Standards Rule 2-2(b).

### Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 120 DAYS

### Additional Certifications

- [ ] I have performed **NO** services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- [X] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

THE SUBJECT WAS APPRAISED BY THE APPRAISER ON 06/23/2020 AS AN EXTERIOR INSPECTION. THE MARKET VALUE HAS REMAINED STABLE.

### Additional Comments

**APPRAISER:**

Signature: Howard Jackson
Name: HOWARD F. JACKSON JR., MAI
Date Signed: 05/15/2023
State Certification #: 46000004840
or State License #:
or Other (describe): State #:
State: NY
Expiration Date of Certification or License: 09/11/2023
Effective Date of Appraisal: May 15, 2023

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser inspection of Subject Property:
- [ ] Did Not
- [ ] Exterior-only from street
- [ ] Interior and Exterior

**LOCATION MAP**

| | | | |
|---|---|---|---|
| **Borrower:** ANDY ALEGE | | **File No.:** | |
| **Property Address:** 173 QUINCY ST | | **Case No.:** | |
| **City:** BROOKLYN | **State:** NY | | **Zip:** 11216 |
| **Lender:** LIMA ONE CAPITAL, LLC | | | |





Borrower: ANDY ALEGE
File No.:
Property Address: 173 QUINCY ST
Case No.:
City: BROOKLYN
State: NY
Zip: 11216
Lender:
Lexington Ave
Subject
173 QUINCY ST
BROOKLYN, NY 11216
Bedford Ave
Ile Ose Kanran
Yoruba Cultural and...
Quincy St
Google
Map data ©2025 Imagery ©2025 Bluesky, Maxar Technologies, Sanborn

## SUBJECT PROPERTY PHOTO ADDENDUM

| | | | |
|---|---|---|---|
| **Borrower:** ANDY ALEGE | | **File No.:** | |
| **Property Address:** 173 QUINCY ST | | **Case No.:** | |
| **City:** BROOKLYN | **State:** NY | **Zip:** 11216 | |
| **Lender:** LIMA ONE CAPITAL, LLC | | | |



**FRONT VIEW OF SUBJECT PROPERTY**

**Appraised Date:** May 15, 2023
**Appraised Value: $** 2,235,000



**REAR VIEW OF SUBJECT PROPERTY**




**STREET SCENE**

## COMPARABLE PROPERTY PHOTO ADDENDUM

| | | | |
|---|---|---|---|
| **Borrower:** ANDY ALEGE | | **File No.:** | |
| **Property Address:** 173 QUINCY ST | | **Case No.:** | |
| **City:** BROOKLYN | **State:** NY | **Zip:** 11216 | |
| **Lender:** LIMA ONE CAPITAL, LLC | | | |



**COMPARABLE SALE #1**

259 JEFFERSON AVE
BROOKLYN, NY 11216
**Sale Date:** s07/22;c04/22
**Sale Price: $** 2,450,000



**COMPARABLE SALE #2**

459 WILLOUGHBY AVE
BROOKLYN, NY 11206
**Sale Date:** s11/22;UNK
**Sale Price: $** 2,100,000



**COMPARABLE SALE #3**

269 MACON ST
BROOKLYN, NY 11216
**Sale Date:** s09/22;c08/22
**Sale Price: $** 2,165,000

## COMPARABLE PROPERTY PHOTO ADDENDUM

| | | | |
|---|---|---|---|
| **Borrower:** ANDY ALEGE | | **File No.:** | |
| **Property Address:** 173 QUINCY ST | | **Case No.:** | |
| **City:** BROOKLYN | **State:** NY | | **Zip:** 11216 |
| **Lender:** LIMA ONE CAPITAL, LLC | | | |



**COMPARABLE SALE #4**

243 MACDONOUGH ST
BROOKLYN, NY 11233
**Sale Date:** c12/22
**Sale Price: $** 2,300,000



**COMPARABLE SALE #5**

113 ALBANY AVE
BROOKLYN, NY 11213
**Sale Date:** ACTIVE
**Sale Price: $** 2,449,000

**COMPARABLE SALE #6**

**Sale Date:**
**Sale Price: $**

| **Borrower:** ANDY ALEGE | | **File No.:** |
|---|---|---|
| **Property Address:** 173 QUINCY ST | | **Case No.:** |
| **City:** BROOKLYN | **State:** NY | **Zip:** 11216 |
| **Lender:** LIMA ONE CAPITAL, LLC | | |



ADDITIONAL SIDE VIEW



ADDITIONAL STREET VIEW

**Borrower:** ANDY ALEGE **File No.:**
**Property Address:** 173 QUINCY ST **Case No.:**
**City:** BROOKLYN **State:** NY **Zip:** 11216
**Lender:** LIMA ONE CAPITAL, LLC

UNIQUE ID NUMBER
46000004840

*State of New York*
*Department of State*
DIVISION OF LICENSING SERVICES

FOR OFFICE USE ONLY
Control No. 1543472

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS.

EFFECTIVE DATE
MO. 09 DAY 12 YR. 21

JACKSON HOWARD F JR
C/O-INTEGRATED REAL ESTATE SER
1661 OLD COUNTRY RD UNIT 136
RIVERHEAD, NY 11901

EXPIRATION DATE
MO. 09 DAY 11 YR. 23

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A R.E. GENERAL APPRAISER

In Witness Whereof, The Department of State has caused its official seal to be hereunto affixed.

ROSSANA ROSADO
SECRETARY OF STATE

DOS-1098 (Rev. 3/01)

**Borrower:** ANDY ALEGE
**Property Address:** 173 QUINCY ST **Case No.:**
**City:** BROOKLYN **State:** NY **Zip:** 11216
**Lender:** LIMA ONE CAPITAL, LLC

LIA Administrators & Insurance Services

ASPEN

# APPRAISAL, VALUATION AND PROPERTY SERVICES PROFESSIONAL LIABILITY INSURANCE POLICY

## DECLARATIONS

Aspen Specialty Insurance Company

[illegible]

[illegible] **CLAIMS** [illegible] **CLAIMS** [illegible] **INSURED** [illegible] **POLICY PERIOD** [illegible] **EXTENDED REPORTING PERIOD** [illegible] **WRONGFUL ACT** [illegible] **RETROACTIVE DATE** [illegible] **POLICY PERIOD** [illegible]

1. [illegible]
2. Policy Period: From [illegible] To [illegible]
3. Deductible: [illegible] Each Claim
4. Retroactive Date: [illegible]
5. Inception Date: [illegible]
6. Limits of Liability: A. [illegible] B. [illegible]
   Subpoena Response: [illegible]
   Pre-Claim Assistance: [illegible]
   Disciplinary Proceeding: [illegible]
   Loss of Earnings: [illegible]

THE INSURER(S) NAMED HEREIN IS (ARE) NOT LICENSED BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS SUPERVISION, AND IN THE EVENT OF INSOLVENCY OF THE INSURER(S), NOT PROTECTED BY THE NEW YORK STATE SECURITY FUNDS. THE POLICY MAY NOT BE SUBJECT TO ALL OF THE REGULATIONS OF THE DEPARTMENT OF FINANCIAL SERVICES PERTAINING TO POLICY FORMS.

THE NAMED INSURED IS A MEMBER OF THE APPRAISERS LIABILITY INSURANCE TRUST PURCHASING GROUP.

7. Covered Professional Services (as defined in the Policy and/or by Endorsement): [illegible]

8. [illegible]

9. Annual Premium: [illegible]
   [illegible] Surplus Lines Tax
   [illegible] Stamping Fee

10. Forms attached at issue: [illegible]

[illegible]