UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 1-24-41125-ess |
| | : | |
| | : | CHAPTER: 11 |
| Fraleg Jefferson Corp dba Fraleg Quincy Corp dba 931 Lincoln Place Corp, | : | |
| | : | HON. JUDGE: |
| | : | Elizabeth S. Stong |
| | : | |
| Debtor. | : | HEARING DATE: May 31, 2024 |
| | : | at 10:30 am |
| | : | |

---------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

On May 3, 2024, I caused to be served a true copy of the annexed **MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY, TOGETHER WITH ALL SUPPORTING PAPERS**, by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

        By: /s/ Michael L. Carey
        Michael L. Carey, Esq.
        FRIEDMAN VARTOLO LLP
        Attorneys for Movant
        1325 Franklin Avenue, Suite 160
        Garden City, NY 11530
        T: (212) 471-5100
        F: (212) 471-5150

# **SERVICE LIST**

Fraleg Jefferson Corp dba Fraleg Quincy Corp
dba 931 Lincoln Place Corp
45 Main Street, Suite 518
Brooklyn, NY 11201
**Bankruptcy Debtor**

Francis E. Hemmings
Hemmings & Snell LLP, 30 Wall Street , 8th Floor
New York, NY 10005
**Debtor's Attorney**

United States Trustee
One Bowling Green, Room 510
Alexander Hamilton Custom House
New York, NY 10004
**United States Trustee**

Andy Alege
300 Herkimer Street, Floor 1
Brooklyn, NY 11216

Andy Alege
173 Quincy Street
Brooklyn, NY 11216

IRP Fund II Trust 2A
1155 F Street NW
Suite 1705
Washington, DC 20004

CDC Small Business Finance
2448 Historic Decatur Road, Suite 200
San Diego, CA 92106

PINCUS LAW GROUP, PLLC
Sherri J. Smith, Esquire
425 RXR Plaza
Uniondale, New York 11556

Commonwealth Capital
99 Washington Avenue
Albany , NY 12231

Michele Fletcher
600 National Harbor Blvd
Oxon Hill, MD 20745

New York City Department of Finance
100 Church Street, 1st Floor
New York, NY 10007

New York State Department of Taxation and Finance
W.A. Harriman Campus, Building 9
Albany, NY 12227

New York Environmental Control Board
100 Church Street
New York, NY 10007