UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————X
In re:                                                                                    CHAPTER 11

Fraleg Jefferson Corp                                                       CASE NO. 1-24-41125-ess
dba Fraleg Quincy Corp
dba 931 Lincoln Place Corp




                                    Debtor
———————————————————————X


ORDER


**MOTION HAVING BEEN MADE** to this Court by Debtor, Fraleg Jefferson Corp dba Fraleg Quincy Corp dba 931 Lincoln Place Corp for an Order Reinstating the Case and Reinstating the Automatic Stay as to real property located at 15 Jefferson Avenue, Brooklyn, NY 11238, and due notice of said motion having been given to Respondent, Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VIII-B; and after a hearing, and after due deliberation having been had, it is ORDERED that the Motion to Reinstate the Stay and Reinstate the Case is DENIED.