UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

In re:                                                                          Case No. 1-24-41125-ess

  Fraleg Jefferson Corp  dba Fraleg Quincy Corp                Chapter 11
  dba 931 Lincoln Place Corp

                                                                                    **Certificate of Service**

                           Debtor
_____X

      I, Sherri J. Smith, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully certify that I am not a party to this action and am over 18 years of age.

On May 9, 2024, I electronically filed the foregoing Amended Response to Motion to Reinstate to the Bankruptcy Court using the CM/ECF system which electronically served the following:

Francis E Hemmings
Hemmings & Snell LLP
30 Wall Street, 8th Floor
New York, NY 10005

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

I hereby certify that also on this date I have mailed by the United States Postal Service the foregoing Amended Response to Motion to Reinstate to the following non CM/ECF participants:

Debtor
Fraleg Jefferson Corp
45 Main Street, Suite 518
Brooklyn, NY 11236

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2024
       Uniondale, New York

                                                          /s/Sherri J. Smith
                                                        SHERRI J. SMITH, ESQ.