# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 6/4/2024 |
| Case: 1−24−41125−ess | Form ID: pdf000 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| aty | Francis E Hemmings | general@hemmingssnell.com |
| aty | Sherri Jennifer Smith | ssmith@pincuslaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Fraleg Jefferson Corp | 45 Main Street | Suite 518 | Brooklyn, NY 11236 |
| | Francis E. Hemmings, Esq. | 228−18 Mentone Avenue | | Laurelton, New York 11413 |
| | FRIEDMAN VARTOLO LLP | 1325 Franklin Avenue, Suite 160 | | Garden City, NY 11530 |

TOTAL: 3