**Fill in this information to identify the case:**

Debtor name  Fraleg Jefferson Corp.

United States Bankruptcy Court for the: Eastern _____ District of New York
(State)

Case number (If known): 24-41125-ess

❑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     **12/15**

## Part 1:   Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................  $ 4,200,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................  $ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................  $ 4,200,000.00

## Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................  $ 4,200,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................  $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................  + $ 0.00

4. **Total liabilities**...............................................................................................................................................
    Lines 2 + 3a + 3b   $ 4,200,000.00

**Fill in this information to identify the case:**

Debtor name ___Fraleg Jefferson Corp.___

United States Bankruptcy Court for the: ___Eastern___ District of ___New York___
(State)

Case number (If known): ___24-41125-ess___

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Andy Alege | 195 St. James Place<br>Street<br><br>Brooklyn    NY    11238<br>City    State    ZIP Code | IRP Fund II Trust 2A | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Andy Alege | 195 St. James Place<br>Street<br><br>Brooklyn    NY    11238<br>City    State    ZIP Code | Wilmington Trust, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor  <u>Fraleg Jefferson Corp.</u>
Name

Case number (if known)_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.__ _____ | Street _____ / _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ / _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ / _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ / _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ / _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ / _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ / _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ / _____ / City State ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X
In re:

                                                       Chapter 11

FRALEG JEFFERSON CORP,

                                                       Case No.: 24-41125-ess

dba  Fraleg Quincy Corp,
dba 931 Lincoln Place Corp,

                              Debtor.
_____X

### LIST OF EQUITY SECURITY HOLDERS

1.  Andy Alege          195 St. James Place                          100 Shares
                                 Brooklyn, New York 11236

2.  Krishawn Sampson    969 East 104th Street                   100 Shares
                                 Brooklyn, New York 11236

**Fill in this information to identify the case:**

Debtor _____ Fraleg Jefferson Corp._____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____ 24-41125-ess _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☒ No. Go to Part 2.
☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor _____    Case number *(if known)*_____
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.__** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____    $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.__** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____    $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.__** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____    $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.__** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____    $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    Fraleg Jefferson Corp.
          _____
          Name

Case number *(if known)*_____

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | ___ ___ ___ ___ |

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.2** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | ___ ___ ___ ___ |

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.3** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | ___ ___ ___ ___ |

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.4** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | ___ ___ ___ ___ |

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.5** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | ___ ___ ___ ___ |

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.6** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | ___ ___ ___ ___ |

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

Debtor    Fraleg Jefferson Corp
_____
          Name

Case number (if known)_____

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___  Nonpriority creditor's name and mailing address**
_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___  Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___  Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___  Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___  Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

| Debtor | Fraleg Jefferson Corp | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.2. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.3. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.4. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | __ __ __ __ |
| 41. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.5. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.6. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.7. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | |
| 4.8. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.9. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | |
| 4.10. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.11. _____ _____ _____ | Line _____ ❑ Not listed. Explain _____ _____ | __ __ __ __ |

Debtor     Fraleg Jefferson Corp.
_____     Case number (if known)_____
           Name

| | | |
|---|---|---|

**Part 3:**     **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Fraleg Jefferson Corp.
          Name

Case number *(if known)*_____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | -0.00- |
| 5b. **Total claims from Part 2** | 5b. + | $ | -0.00- |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | -0.00- |

---

**Fill in this information to identify the case:**

Debtor name __Fraleg Jefferson Corp__

United States Bankruptcy Court for the: __Eastern__          District of __New York__
                                                                              (State)

Case number (If known): _____          Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

Debtor    **Fraleg Jefferson Corp.** _____    Case number *(if known)*_____
          Name

<span style="background:black">   </span> **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract